882 A.2d 1001

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darnell DAVIS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 25, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of August, 2005, the Petition for Allowance of Appeal is hereby GRANTED; the Order of the Superior Court is hereby REVERSED; and the case is REMANDED for reinstatement of Petitioners entitlement to pursue a direct appeal. *Commonwealth v. Halley*, 870 A.2d 795 (Pa.2005).